# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC, | CASE NO. 1:17-cv-00248 LJO JLT |
| Plaintiff, | **ORDER CLOSING CASE** <br> **(Doc. 6)** |
| vs. | |
| FOUZ ZANDANI, et al. | |
| Defendants. | |

On April 11, 2017, the plaintiff filed a notice of voluntary dismissal of the case. (Doc. 6) Federal Rules of Civil Procedure Rule 41 provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . ." Fed. R. Civ. P. 41(a)(1)(A). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). No defendant has appeared in this action. Accordingly, the Clerk of Court is DIRECTED to close this action in light of the notice of dismissal without prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **April 12, 2017**       /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE